USCA1 Opinion

 

 February 4, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 92-1414 CARMEN RODRIGUEZ-OQUENDO, Plaintiff, Appellant, v. SECRETARY OF HEALTH AND HUMAN SERVICES, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Jaime Pieras, Jr., U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Raymond Rivera Esteves and Juan A. Hernandez Rivera on brief for ______________________ _________________________ appellant. Daniel F. Lopez Romo, United States Attorney, Jose Vazquez _______________________ _____________ Garcia, Assistant United States Attorney, and Amy S. Knopf, Assistant ______ _____________ Regional Counsel, Department of Health and Human Services, on brief for appellee. ____________________ ____________________ Per Curiam We have carefully reviewed the __________ record and find that substantial evidence supports the finding that the claimant retained the physical and mental capacity to perform the simple, routine, light, unskilled jobs as determined by the Secretary. We reject the claimant's attacks on the Secretary's assessment of the vocational expert's testimony, and conclude that the Secretary's decision to deny disability benefits is reasonably and adequately supported by the record as a whole. We affirm the judgment of the district court substantially for the reasons stated in the magistrate-judge's report and recommendation as adopted by the district court. Affirmed. ________